UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20100-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATHIS MOORE,

    Defendant.
_____/

## ORDER ON MOTION TO ACCEPT STIPULATED BOND

THIS CAUSE is before the Court on the Motion to Accept Stipulated Bond filed by the Defendant. (D.E. #209, #210). After reviewing the motion, the file in this cause, and noting agreement by the parties as to conditions of release, it is **ORDERED AND ADJUDGED** as follows:

The Motion to Accept Stipulated Bond (D.E. #209, #210) is **GRANTED** and the Defendant is hereby released on bond upon the following conditions:

(1) The Defendant will execute a $25,000 corporate surety bond;

(2) the Defendant will execute a $50,000 personal surety bond with a ten percent (10%) deposit paid to the Clerk's Registry co-signed by the Defendant's girlfriend, Naomi Stewart;

(3) the Defendant will be placed on electronic monitoring to be paid for by the Government;

(4) the Defendant shall not be permitted to work in the health care industry;

(5) the standard conditions of release in the Southern District of Florida, including surrender all travel documents and report to Pretrial Services as directed; and

(6) the Defendant must satisfy a Nebbia requirement.

**DONE AND ORDERED** this __7__ day of March, 2011.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Jennifer Saulino, AUSA
Eric Cohen, Esq.
Susy Silva, Pretrial Services

2